UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

COINTREAU CORPORATION, §
        *Plaintiff* §
         §
         §
        v. § Case No. 12-CV-2257-N
         §
PURA VIDA TEQUILA COMPANY, LLC and LA MADEILENA S.A. DE C.V. §
        *Defendant* §

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of) NORRIS McLAUGHLIN & MARCUS, P.A._____, with offices at

875 THIRD AVENUE, 8TH FLOOR
(Street Address)

NEW YORK        NY        10022
(City)        (State)        (Zip Code)

(212) 808-0700
(Telephone No.)

**II.** Applicant will sign all filings with the name _____Jeanne M. Hamburg_____.

*OPTIONAL:* Applicant wants this form to serve as applicant's registration for electronic case filing and consents under FED.R.CIV.P. 5(b) to accept service electronically at the following e-mail address:

jhamburg@nmmlaw.com
(E-mail Address)

**III.** Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

| |
|---|
| Plaintiff - Cointreau Corporation |

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.  Applicant is a member in good standing of the bar of the highest court of the state of

_____NEW YORK_____, where Applicant regularly practices law.

Bar license number: __2438737_____   Admission date: _____1991_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., the State Bar of Texas).**

For Court Use Only.
Bar Status Verified:

V.  Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| New York State Court | 11/4/1991 | Active |
| Connecticut | 6/7/1991 | Active |
| District of Columbia | 12/26/1991 | Active |
| US District Court | 1/7/1992 | Active |
| - Southern District | 1/7/1992 | Active |
| - Eastern District | 1/7/1992 | Active |

VI.  Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:   N/A

Date of Application:            Case No. And Style:

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

STEPHEN G. GLEBOFF _____ who has offices at

GLEBOFF LAW GROUP, PLLC, 1717 McKINNEY AVE., SUITE 700
(Street Address)

DALLAS                                      TX              75202
(City)                                      (State)         (Zip Code)

(214) 593-6458
(Telephone No.)

**XI.** Check the appropriate box below.

    For Application in a **Civil Case**

        ☒ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

    For Application in a **Criminal Case**

        ☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the __4__ day of _____SEPTEMBER_____, __2012__.

JEANNE M. HAMBURG
Printed Name of Applicant

_[signature]_
Signature