UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| COINTREAU CORPORATION, | § § § § | |
| Plaintiff, | § | |
| v. | § § | Civil Action No. 3:12-CV-02257-N |
| PURA VIDA TEQUILA COMPANY, LLC, and LA MADRILEÑA S.A. DE C.V., | § § § § | |
| Defendants. | § | |

**ORDER GRANTING MOTION TO EXTEND DEADLINE TO REPLY
TO PLAINTIFF'S BRIEF IN OPPOSITION TO MOTION FOR LEAVE
TO AMEND COUNTERCLAIM**

On this date came on to be heard, the Agreed Motion to Extend Deadline to Reply to Plaintiff's Brief in Opposition to Motion for Leave to Amend Counterclaim. Having considered the Motion, the Court finds that the Motion should be GRANTED. It is therefore,

ORDERED, ADJUDGED AND DECREED that Defendants must file their Reply to Plaintiff's Brief in Opposition to Motion for Leave to Amend Counterclaim by 5:00 p.m. on Monday, January 7, 2013.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Scheduling Order deadline for Plaintiff to move for leave to amend pleadings is extended to February 1, 2013.

SIGNED this ____ day of _____, 201____.

_____
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM AND ENTRY REQUESTED:**

HIRSCH & WESTHEIMER, P.C.


By:  ___/s/ Rupert F. Barron_____
Eric Lipper
State Bar No. 12399000
Fed. ID No. 11442
EMAIL: elipper@hirschwest.com
Attorney in Charge
Rupert F. Barron
State Bar No. 24030094
Fed. ID No.  602405
EMAIL: rbarron@hirschwest.com
700 Louisiana, 25th Floor
Houston, Texas  77002
TEL:  (713) 223-5181
FAX:  (713) 223-9319

**ATTORNEYS FOR DEFENDANTS,
PURA VIDA TEQUILA COMPANY, LLC, and
LA MADRILEÑA S.A. DE C.V.**

OF COUNSEL:

Morton A. Rudberg
State Bar No.: 17368000
Turley Law Center
6440 N. Central Expressway, Suite 516
Dallas, Texas 75206
TEL: (214) 696-2900
FAX: (214) 696-2984

**LOCAL COUNSEL FOR DEFENDANTS**

20120190.20120190/1463984.1